# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0337. LUIS ALBERTO TEODOSIO-MANRIQUEZ v. THE STATE.**

The Appellant's Motion For Remand in the above styled case is hereby GRANTED. The purpose of the remand is for the Superior Court of Fayette County to hold a good faith replicated Amended Motion for New Trial Hearing. It is the understanding of this Court that Fayette County Superior Court Judge Christopher C. Edwards has set such a hearing for October 19, 2017. It is also the understanding of the Court the Appellee is in agreement with this Motion For Remand. It is the understanding of this Court an Amended Motion for New Trial Hearing was originally held on September 23, 2016. Through no fault of the parties or the Superior Court, a transcript of the hearing is asserted to be incapable of being produced. The purpose of the good faith replicated hearing is to produce such a record.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/29/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*